KERWIN, Appellant, v. MAZE, Respondent. (Supreme Court, Appellate Term. June 28, 1906.) Appeal from Municipal Court, Borough of Manhattan, Tenth District. Action by Andrew J. Kerwin, Jr., against Montgomery Maze. From a judgment for defendant, plaintiff appeals. Reversed, and new trial ordered. James I. Moore, for appellant. Max Steinert, for respondent.

PER CURIAM. We do not think the evidence in this case establishes an eviction. The judgment is reversed, and a new trial ordered, with costs to appellant to abide the event.

KESSEL, Appellant, v. TALCOTT, Respondent. (Supreme Court, Appellate Division, First Department. May 25, 1906.) Action by Henry Kessel against James Talcott. J. S. Epstein, for appellant. T. H. Rothwell, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

KITTEL & CO., Appellant, v. MANKATO MALTING CO., Respondent. (Supreme Court, Appellate Division, First Department. May 25, 1906.) Action by Kittel & Co. against the Mankato Malting Company. T. M. Simonton, for appellant. L. H. Porter, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KNICKERBOCKER TRUST CO., Respondent, v. ONEONTA, C. & R. S. RY. CO. et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 18, 1906.) Action by the Knickerbocker Trust Company, as trustee, against the Oneonta, Cooperstown & Richfield Springs Railway Company and Edward P. Holdridge. No opinion. Order affirmed, with $10 costs and disbursements.

KNOPF, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. May 25, 1906.) Action by Edward Knopf against the Interurban Street Railway Company. E. D. O'Brien, for appellant. C. Steckler, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

KOSTER, Respondent, v. COYNE, Mayor, et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 9, 1906.) Action by Henry Koster, a taxpayer of the city of Yonkers, against John H. Coyne, as mayor of the city of Yonkers, and others. No opinion. Motion denied.

LARNHAM, Appellant, v. HALL, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 9, 1906.) Action by Frank M. Larnham against Frank Hall.

PER CURIAM. Order modified, so as to read: "Ordered, that the said plaintiff furnish to the defendant within 20 days after service of a copy of this order, with notice of entry thereof, a bill of particulars in which he shall state, so far as he is able, the particular acts done or committed by the defendant, of which the plaintiff complains, and which he intends to prove upon the trial of this action; the general course of conduct of the defendant towards the plaintiff's wife, which the plaintiff claims alienated his wife's affections and caused her to leave or remain away from plaintiff's home; and the times when and place or places where the particular acts complained of were done or committed, and the time within which the general course of conduct on the part of the defendant which is complained of occurred"—and, as so modified, said order is affirmed, without costs of this appeal to either party.

WILLIAMS, J., not voting.

LAWSON, Appellant, v. LAWSON, Respondent. (Supreme Court, Appellate Division, Second Department. May 4, 1906.) Action by William M. Lawson against Lena L. Lawson. No opinion. Order affirmed, with $10 costs and disbursements.

LESZCYNSKI, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. May 25, 1906.) Action by Minna Leszcynski against the Metropolitan Street Railway Company. E. D. O'Brien, for appellant. H. L. Herzog, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

LEVY, Appellant, v. BINGHAM et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 4, 1906.) Action by Bertha Levy against Theodore A. Bingham and others. No opinion. Motion denied.

LOWENSTEIN v. JAFFE. (Supreme Court, Appellate Division, First Department. May 18, 1906.) Action by Frank M. Lowenstein against Samuel Jaffe. No opinion. Application denied, with $10 costs. Order signed.

LYNCH, Respondent, v. SHANLEY CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 4, 1906.) Action by Annie Lynch against the Shanley Company. No opinion. Motion for reargument denied. For former opinion, see 98 N. Y. Supp. 406.

McKIE, Tax Collector, Respondent, v. KELLOGG LAND CO., Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. May 9, 1906.) Action by John McKie, as tax collector, etc., against the Kellogg Land Company, impleaded, etc. No opinion. Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over upon payment of the costs of the demurrer and of this appeal.

McLAUGHLIN v. MANHATTAN RY. CO. (Supreme Court, Appellate Division, First Department. April 20, 1906.) Action by Catherine McLaughlin against the Manhattan Railway Company. No opinion. Motion denied, with $10 costs. Order filed.